**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WEIDING WU, derivative on behalf of ADAPTHEALTH CORP.,

Plaintiff,

v.

RICHARD BARASCH, LUKE MCGEE, STEPHEN P. GRIGGS, JASON A. CLEMENS, FRANK J. MULLEN, GREG BELINFANTI, TERENCE CONNORS, BRADLEY COPPENS, TED LUNDBERG, JOSHUA PARNES, DR. SUSAN WEAVER, DAVID S. WILLIAMS, III, DALE WOLF, and ALAN QUASHA,

Defendants,

and

ADAPTHEALTH CORP.,

Nominal Defendant.

Case No. 2:24-cv-1202-MRP

Hon. Mia R. Perez

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

WHEREAS, on March 20, 2024, Plaintiff Weiding Wu ("Plaintiff") filed a complaint (the "Derivative Complaint") in the above-captioned stockholder derivative action against defendants Richard Barasch, Luke McGee, Joshua Parnes, Stephen P. Griggs, Jason A. Clemens, Frank J. Mullen, Greg Belinfanti, Terence Connors, Bradley Coppens, Ted Lundberg, Dr. Susan Weaver, David S. Williams, III, Dale Wolf, and Alan Quasha (the "Individual Defendants"), and against nominal defendant AdaptHealth Corp. ("AdaptHealth," and together with the Individual Defendants, the "Defendants");

WHEREAS, on April 16, 2024, the Court so entered the Plaintiff's and Defendants' (each, a "Party," and together, the "Parties") stipulation to extend Defendants' responsive pleading deadline, thereby extending Defendants' deadline to answer or otherwise respond to the Derivative Complaint from April 15, 2024 to May 15, 2024 (ECF No. 14);

WHEREAS, on May 14, 2024, the Court so entered the Parties' amended stipulation to extend Defendants' responsive pleading deadline, thereby extending Defendants' deadline to answer or otherwise respond to the Derivative Complaint from May 15, 2024 to June 17, 2024 (ECF No. 17);

WHEREAS, the Parties require additional time to negotiate a stipulation to stay this action;

WHEREAS, the Parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, Defendants' deadline to file a responsive pleading to the Derivative Complaint should be further extended; and

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the Court's approval as follows:

1. Defendants' deadline to answer or otherwise respond to the Derivative Complaint is extended for an additional forty-five (45) days, to July 29, 2024.

2. The stipulation is entered into without prejudice to any Party seeking any interim relief.

3. No Party is waiving any rights, claims, or defenses of any kind except as expressly stated herein, and the Parties reserve the right to seek further extensions of time as circumstances may warrant.

Dated: June 14, 2024

**THE BROWN LAW FIRM, P.C.**

/s/ John Coyle IV
John Coyle IV
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
tbrown@thebrownlawfirm.net

*Counsel for Plaintiff*

**WILLKIE FARR & GALLAGHER LLP**

/s/ Todd G. Cosenza
Todd G. Cosenza (admitted *pro hac vice*)
Zeh S. Ekono (admitted *pro hac vice*)
Vincent P. Iannece (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
tcosenza@willkie.com
zekono@willkie.com
viannece@willkie.com

**SAXTON & STUMP LLC**
Steven D. Costello (No. 37288)
Kathryn D. Maza Courtney (No. 330883)
Saxton & Stump, LLC
100 Deerfield Lane, Suite 240
Malvern, PA 19355
Telephone: (484) 328-8500
sdc@saxtonstump.com
kmc@saxtonstump.com

*Counsel for Defendants AdaptHealth Corp., Richard Barasch, Luke McGee, Joshua Parnes, Stephen P. Griggs, Jason A. Clemens, Frank J. Mullen, Greg Belinfanti, Terence Connors, Bradley Coppens, Ted Lundberg, Dr. Susan Weaver, David S. Williams, III, Dale Wolf, and Alan Quasha*

**IT IS SO ORDERED:**

DATED: June 18, 2024

THE HONORABLE MIA R. PEREZ
UNITED STATES DISTRICT JUDGE