**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| WEIDING WU, derivatively on behalf of ADAPTHEALTH CORP., | |
| Plaintiff, | Case No. 2:24-cv-01202-MRP |
| vs. | Hon. Mia R. Perez |
| RICHARD BARASCH, LUKE MCGEE, STEPHEN P. GRIGGS, JASON A. CLEMENS, FRANK J. MULLEN, GREG BELINFANTI, TERENCE CONNORS, BRADLEY COPPENS, TED LUNDBERG, JOSHUA PARNES, SUSAN WEAVER, DAVID S. WILLIAMS III, DALE WOLF, and ALAN QUASHA, | |
| Defendants, | |
| and | |
| ADAPTHEALTH CORP., | |
| Nominal Defendant. | |

*[Additional caption on following page]*

AARON FRANKEL, Derivatively on Behalf of
Nominal Defendant ADAPTHEALTH CORP.,

     Plaintiff,

  v.

RICHARD BARASCH, LUKE MCGEE, STEPHEN
P. GRIGGS, JASON A. CLEMENS, SHAW
RIETKERK, WENDY RUSSALESI, RODNEY
CARSON, FRANK J. MULLEN, GREG
BELINFANTI, TERENCE CONNORS, BRADLEY
COPPENS, TED LUNDBERG, JOSHUA PARNES,
SUSAN WEAVER, DAVID S. WILLIAMS III,
DALE WOLF, and ALAN QUASHA,

     Defendants,

  and

ADAPTHEALTH CORP.,

     Nominal Defendant.

Case No. 2:25-cv-06905-MRP

## NOTICE OF SETTLEMENT

The parties to the above-captioned shareholder derivative actions (the "Parties") notify the Court that they have reached an agreement in principle to settle these actions. The Parties anticipate memorializing the terms in a Stipulation of Settlement and accompanying proposed forms of orders and notices in the near term, at which time [Proposed] Co-Lead Counsel will file with the Court a motion for preliminary approval of the settlement.

- 2 -

- 3 -

Dated: March 24, 2026

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

*/s/ Elizabeth Donohoe*
Elizabeth Donohoe
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: edonohoe@thebrownlawfirm.net
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Wu and [Proposed] Co-Lead Counsel for Plaintiffs*

**RIGRODSKY LAW, P.A.**

*/s/ Gina M. Serra*
Gina M. Serra (#308207)
1007 North Orange Street, Suite 453
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

Seth D. Rigrodsky
Vincent A. Licata
Leah B. Wihtelin
225 Broadway, Suite 3707
New York, NY 10007
Telephone: (516) 683.3516
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: vl@rl-legal.com
Email: lw@rl-legal.com

*Counsel for Plaintiff Frankel and [Proposed] Co-Lead Counsel for Plaintiffs*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600

Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Of Counsel for Plaintiff Frankel*

**WILLKIE FARR & GALLAGHER LLP**

<u>/s/ Zeh S. Ekono</u>
Todd G. Cosenza (admitted *pro hac vice*)
Zeh S. Ekono (admitted *pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Email: tcosenza@willkie.com
Email: zekono@willkie.com

**SAXTON & STUMP LLC**
Steven D. Costello (No. 37288)
Saxton & Stump, LLC
100 Deerfield Lane, Suite 240
Malvern, PA 19355
Telephone: (484) 328-8500
sdc@saxtonstump.com

*Counsel for Defendants AdaptHealth Corp., Richard Barasch, Luke McGee, Joshua Parnes, Stephen P. Griggs, Jason A. Clemens, Shaw Rietkerk, Wendy Russalesi, Rodney Carson, Frank J. Mullen, Greg Belinfanti, Terence Connors, Bradley Coppens, Ted Lundberg, Dr. Susan Weaver, David S. Williams, III, Dale Wolf, and Alan Quasha*